NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1374

ALFRED MCZEAL, JR.,
(doing business as International Walkie Talkie)

Plaintiff-Appellant,

v.

SPRINT NEXTEL CORPORATION
and NEXTEL COMMUNICATIONS, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Texas in case no. 06-CV-1775, Judge Lynn N. Hughes.

ON MOTION

Before DYK, Circuit Judge.

ORDER

Alfred McZeal, Jr. moves for entry of "summary judgment of affirmance of this Court's prior mandate issued September 14, 2007." McZeal states that Sprint Nextel Corporation and Nextel Communications, Inc. oppose.

We deem the better course is to allow the case to proceed.

Accordingly,

IT IS ORDERED THAT:

McZeal's motion for summary judgment of affirmance is denied.

FOR THE COURT

FEB 24 2009

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK

cc: Alfred McZeal, Jr.
Michael Byron Bennett, Esq.

s20